**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
Jeronimo Lopez                                                         Case No. 6:18-bk-03815
                                                                                     Chapter 13

         Debtor(s)[1]
_____/

**MOTION FOR REFERRAL TO**
**MORTGAGE MODIFICATION MEDIATION**

    The Debtors request entry of an order referring the Debtors and Select Portfolio Servicing, whose mortgage lien encumbers the Debtors real property located at: 2466 Ginger Mill Road, Orlando, FL  32837. The mortgage loan ends in 8233.

    Debtors filed this Chapter 13 case in an attempt to retain their primary residence. Debtors would like to modify the terms of the mortgage encumbering their primary residence. Debtors' income will allow her to contribute as much as 31 percent of their current gross income to payment of her modified mortgage debt. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s).

    **WHEREFORE,** the Debtor requests the entry of an order referring this case to mortgage modification mediation and for such other and further relief the Court deems just and proper.

/s/Alejandro Rivera
■ Alejandro Rivera, Esq.
FBN 90038
❏  Jessica L. Fellows, Esq.
FBN 112477
**ALEJANDRO RIVERA P.A.**
**A Law Firm**
1400 W. Oak St. #F
Kissimmee, FL. 34741
Ofc. 407 518-7160
Fax. 407 518-7678
Email. Rivera@RiveraAtLaw.com
**ATTORNEY FOR DEBTOR**

---

[1] All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic filing this 24th day of September, 2018, to Laurie K. Weatherford, Chapter 13 Trustee at ecfdailysummary@c13orl.com and Rachel L. Ahlum, Esq., counsel for Select Portfolio Servicing at Rahlum@aldrdgepite.com.

                                                        /s/Alejandro Rivera